IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL CHRISTOPHER SMITH                                              PLAINTIFF

v.                              Case No. 4:12CV00384 JTK

CAROLYN C. COLVIN, Commissioner,
Social Security Administration                                         DEFENDANT

## FINAL JUDGMENT

Pursuant to the Order of Dismissal entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's case be DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 9th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE